IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 19-3289 |
| THE CHARTER OAK FIRE | : | |
| INSURANCE COMPANY | : | |

**ORDER**

AND NOW, this 4th day of August, 2020, upon consideration of Defendant Travelers' Indemnity Company of America's [1] Motion for Judgment on the Pleadings, Plaintiff Arch Insurance Company's opposition, Travelers' reply, Arch's sur-reply, and the parties presentations at the April 16, 2020, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 21) is GRANTED. Judgment is entered in favor of Travelers by separate order.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] In the Complaint and the case caption, the Defendant is erroneously named as The Charter Oak Fire Insurance Company.